UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ignite USA, LLC
                                         Plaintiff,

v.                                                  Case No.: 1:16−cv−01929
                                                        Honorable Elaine E. Bucklo

Pacific Market International, LLC
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2016:

        MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference held on 5/6/2016 and continued to 6/23/2016 at 9:30 AM. Defendant's to answer or otherwise plead by 6/17/2016. Parties to submit 26(f) report by 6/21/2016. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.