UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ignite USA, LLC

          Plaintiff,

v.

Pacific Market International, LLC

          Defendant.

Case No.: 1:16−cv−01929
Honorable Elaine E. Bucklo

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 23, 2016:

    MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held and continued to 7/11/2016 at 09:30 AM. The parties are to conduct an new Rule 26 planning meeting as outlined in open court and file a report of planning meeting by 7/8/2016.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.