UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Ignite USA, LLC

                    Plaintiff,

v.                                                  Case No.: 1:16−cv−01929
                                                  Honorable Elaine E. Bucklo

Pacific Market International, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 11, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Status hearing held on 7/11/2016. The Court adopts the report of parties planning meeting in its entirety. Parties to comply with FRCP 26(a)(1) by 7/18/2016. Deadline to amend answer or complaint 7/18/2016. Initial infringement contentinos by 8/1/2016. Initial non−infringement unenforceability invalidity contentions and associated document production by 8/15/2016. Initial response to invalidity contentions 8/29/2016. Parties given to and including 11/7/2016 to amend all pleadings and to add any additional parties. Final infringement unenforceability and invalidity contentions; document production accompanying final invalidity contentions by 12/22/2016. Final non−infringement, enforceability and validity contentions; last day to seek stay pending reexamination or inter partes review by 1/6/2017. Close of fact discovery by 4/18/2017. Initial expert reports due 5/9/2017. Rebuttal expert reports by 6/13/2017. Expert discovery ordered closed by 7/18/2017. Dispositive motions with supporting memoranda due by 8/15/2017. See document number 23 for a complete listing of dates. Status hearing continued to 4/18/2017 at 9:30 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.