```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION

     IGNITE USA, LLC,                )
                                     )
                    Plaintiff,       )
                                     )
     -vs-                            )  Case No. 16 CV 01929
                                     )
     PACIFIC MARKET INTERNATIONAL,   )  Chicago, Illinois
     LLC,                            )  April 7, 2017
                                     )  10:00 AM
                    Defendant.       )
                                     )
                                     )

             TRANSCRIPT OF PROCEEDINGS - Motion
             BEFORE THE HONORABLE ELAINE E. BUCKLO

     APPEARANCES:

     For the Plaintiff:        CARPENTER LIPPS & LELAND LLP
                               BY:  MR. JOSH GOLDBERG
                               180 N. LaSalle Street
                               Suite 2640
                               Chicago, IL 60601
     For the Defendant:
                               SEYFARTH SHAW LLP
                               BY:  MR. MICHAEL R. LEVINSON
                                    MR. PATRICK T. MUFFO
                               233 South Wacker Drive
                               Suite 8000
                               Chicago, IL 60606




     Court Reporter:

              SANDRA M. TENNIS, CSR, RPR, RMR, FCRR
                     Official Court Reporter
                   United States District Court
              219 South Dearborn Street, Room 2260
                     Chicago, Illinois  60604
                   Telephone:  (312) 554-8244
                  sandra_tennis@ilnd.uscourts.gov
```

1  THE CLERK: 16 CV 1929, Ignite USA vs. Pacific
2  Market International.
3  THE COURT: Good morning.
4  MR. LEVINSON: Good morning, your Honor. Michael
5  Levinson and Pat Muffo for the defendant.
6  MR. GOLDBERG: Josh Goldberg for plaintiff, your
7  Honor.
8  THE COURT: Good morning. What is your response?
9  MR. GOLDBERG: We oppose the motion to stay. I
10 don't -- we can brief it, if you want. I don't think it's
11 necessary. We've briefed this issue in a prior motion to
12 stay and obviously --
13 THE COURT: But when I denied it, it was because
14 there -- I mean, there hadn't been anything filed. Now they
15 filed something.
16 MR. GOLDBERG: They filed something and the IPR has
17 come down. But as we state in our papers, it's at your
18 discretion. It's not an automatic rule. There is case law,
19 even in this district that, even with a pending IPR, you
20 don't need to stay.
21 I would just note that we have an April 18th
22 discovery cutoff. It's my understanding, I was not involved
23 in these conversations, and counsel can correct me if I'm
24 wrong, but a day or two before the IPR came down, there was a
25 discussion of an agreed extension to just complete some

1    depositions.  You know, we think you have the discretion to
2    do it.  We don't think it's necessary.
3             THE COURT:  Well, I know I have discretion.
4             MR. GOLDBERG:  Right.
5             MR. LEVINSON:  If I might, your Honor, no discovery
6    has been taken in this case because the alleged infringing
7    product was last sold over two years ago.
8             THE COURT:  I saw that in your motion.
9             MR. LEVINSON:  I think both parties decided -- and
10   the sales were de minimus.  I think both parties decided to
11   wait literally until the last minute and on the 33rd day
12   prior to the discovery close, we both served some discovery.
13   In the meantime, the IPR came down granting review on all of
14   the claims asserted here.  And if there were ever a case for
15   a stay pending an IPR, this is it.
16            THE COURT:  This time I'm going to grant it.  Okay.
17   How long will it take?
18            MR. LEVINSON:  I mean, I'm not quite sure.  I think
19   we're probably talking about a year at this point.
20            MR. GOLDBERG:  We've been -- we have multiple
21   cases, different products, different patents.  I think a
22   couple have been stayed, and we've just been setting, I don't
23   know, four-month status hearings, or something like that.
24            MR. LEVINSON:  Right.  Every one has been stayed
25   pending IPRs.

| | |
|---|---|
| 1 | MR. GOLDBERG: With the order saying we will come |
| 2 | back if there is a change in the IPR. |
| 3 | THE COURT: All right. I'll set it for |
| 4 | September 22nd. |
| 5 | MR. LEVINSON: 22? |
| 6 | THE COURT: If something happens before, obviously |
| 7 | let me know. If you get to be the -- unless something |
| 8 | changes -- well, we will deal with it, then. Okay. Thank |
| 9 | you. |
| 10 | MR. LEVINSON: Thank you. |
| 11 | MR. GOLDBERG: Thank you, your Honor. |
| 12 | (Which were all the proceedings heard.) |
| 13 | CERTIFICATE |
| 14 | I certify that the foregoing is a correct transcript |
| 15 | from the record of proceedings in the above-entitled matter. |
| 16 | */s/Sandra M. Tennis*          April 13, 2017<br>Official Court Reporter |