IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IGNITE USA, LLC, | |
| Plaintiff, | CIVIL ACTION NO. 1:16-CV-01929 |
| v. | |
| PACIFIC MARKET INTERNATIONAL, LLC, | Honorable Elaine E. Bucklo |
| Defendant. | |

## **JOINT STATUS REPORT**

Plaintiff Ignite USA, LLC ("Ignite") and Defendant Pacific Market International, LLC ("PMI") provide this Joint Status Report to the Court in advance of the upcoming status hearing set for June 22, 2018.

The Court stayed this patent infringement action in April 2017, pending the resolution of an *inter partes* review (IPR) challenging the validity of the asserted patent before the Patent Trial and Appeal Board (PTAB). See Dkt. Nos. 43, 45, 46. On March 27, 2018, the PTAB issued its Final Written Decision and concluded that the challenged claims of the asserted patent were not unpatentable. PMI timely appealed that decision to the Court of Appeals for the Federal Circuit on May 25, 2018 (Case No. 18-2026).

The parties agree that this case should remain stayed throughout the appeal, which is estimated to be completed in approximately one year. The parties propose that they notify the Court via a status report or motion to lift the say within ten days after an order or decision terminating the appeal is issued by the Court of Appeals—or any other schedule as directed by this Court.

| | |
|---|---|
| DATED: June 13, 2018 | Respectfully submitted, |

| | |
|---|---|
| /s/ Warren J. Thomas | /s/ Patrick T. Muffo (with permission) |
| Stephen M. Schaetzel (pro hac vice)<br>GA Bar No. 628653<br>Warren J. Thomas (pro hac vice)<br>GA Bar No. 164714<br>Meunier Carlin & Curfman LLC<br>999 Peachtree Street, NE, Suite 1300<br>Atlanta, Georgia 30309<br>Phone: 404-645-7700<br>Fax: 404-645-7707<br>sschaetzel@mcciplaw.com<br>wthomas@mcciplaw.com | Michael R. Levinson<br>Patrick T. Muffo<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>(312) 460-5000<br>Fax: (312) 460-7000<br>mlevinson@seyfarth.com<br>mwerber@seyfarth.com<br>pmuffo@seyfarth.com |
| Jonathan M. Cyrluk (ARDC No. 6210250)<br>Joshua S. Goldberg (ARDC No. 6277541)<br>Steven C. Moeller (ARDC No. 6290263)<br>CARPENTER LIPPS & LELAND LLP<br>180 North LaSalle Street, Suite 2640<br>Chicago, Illinois 60601<br>Phone: 312-777-4300 – telephone<br>Fax: 312-777-4839 – facsimile<br>cyrluk@carpenterlipps.com<br>goldberg@carpenterlipps.com<br>moeller@carpenterlipps.com | *Counsel for Defendant Pacific Market International* |

*Counsel for Plaintiff, Ignite USA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/Warren J. Thomas
One of Ignite's Attorneys

- 2 -